UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBIN CRUMB,** | } | **CASE NO. 1:12CV1889** |
| | } | |
| Plaintiff, | } | JUDGE:  Patricia A. Gaughan |
| | } | |
| v. | } | **PLAINTIFF'S DISMISSAL WITH PREJUDICE** |
| | } | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | } | |
| | } | |
| Defendant. | } | |

So Ordered.
/s/ Patricia A. Gaughan
9/19/12

**NOW COMES** Plaintiff Robin Crumb, by and through undersigned counsel, and hereby respectfully requests that this Court dismiss the above captioned case with prejudice.

Respectfully submitted,

**KAHN & ASSOCIATES, LLC**

*/s/ David W. Skall*

**DAVID W. SKALL (0068740)**
dskall@kahnandassociates.com
6200 Rockside Woods Blvd., Suite 215
Cleveland, Ohio 44131
216.621.6101 Telephone
216.621.6006 Facsimile
Attorney for Plaintiff